IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CR283 |
| vs. | ) | |
| | ) | ORDER |
| LELAND L. HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed MOTION TO EXTEND MOTION DEADLINE [19]. For good cause shown, I find that the motion should be granted and the deadline for filing pretrial motions extended to November 8, 2006.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND MOTION DEADLINE [19] is granted. Pretrial motions shall be filed on or before **November 8, 2006.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. Counsel is advised that this is the final continuance that will be granted absent extraordinary circumstances.

4. The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between October 19, 2006 and November 8, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 19th day of October, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**