IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LELAND L. HENDERSON, )<br>)<br>Defendant. ) | 8:06CR283<br><br>**SCHEDULING ORDER** |

    Before the court is defendant's Motion [28] to continue the previously scheduled evidentiary hearing. The government has no objection. Good cause being shown, the motion will be granted and the evidentiary hearing will be continued.

    IT IS ORDERED:

    1.    That the defendant's Motion [28] to continue is granted; and

    2.    That the evidentiary hearing Motion to Suppress [22] filed by the defendant is rescheduled for **January 11, 2007** at **1:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 22nd day of December, 2006.

                                                         BY THE COURT:

                                                         s/ F.A. Gossett
                                                         United States Magistrate Judge