# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR283** |
| vs. | ) | |
| | ) | **ORDER** |
| **LELAND L. HENDERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [45] of appointed counsel, Joseph S. Risko, for leave to withdraw as counsel for the defendant, Leland L. Henderson. Since retained counsel, David L. Nich, Jr., has entered an appearance for the defendant [44],

**IT IS ORDERED:**

1. The motion to withdraw [45] is granted, and the appearance of Joseph S. Risko as counsel for Leland L. Henderson is deemed withdrawn.

2. Joseph S. Risko shall forthwith provide David L. Nich, Jr. with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Risko which are material to the defendant's defense.

3. The order [43] setting this case for trial on **Tuesday, May 29, 2007** before the Hon. Laurie Smith Camp is expressly reaffirmed.

**DATED May 4, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**