## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CR283 |
| vs. ) | |
| ) | ORDER |
| LELAND HENDERSON, ) | |
| ) | |
| Defendant. ) | |

The defendant, through counsel, has filed a motion [62] for the court to issue a writ commanding the Douglas County Department of Corrections to administer his prescribed psychological medications.

**IT IS ORDERED** that counsel for the United States shall file a written response to defendant's motion no later than the close of business (5:00 PM) on Wednesday, October 3, 2007.

**DATED October 2, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**