IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,           )<br>                              )<br>vs.                           )<br>                              )<br>LELAND HENDERSON,             )<br>                              )<br>          Defendant.          )  | Case No. 8:06CR283<br><br><br>ORDER |

This matter is before the court on the November 16, 2007 correspondence from Blake R. Davis, Warden of the Federal Bureau of Prisons in Littleton, Colorado, requesting an extension of the time to December 10, 2007 to complete the defendant's evaluation. Warden Davis expects the evaluation report can be issued on or before December 24, 2007. Counsel have been consulted and have no objection to the extension. Therefore,

**IT IS ORDERED:**

1. The request by Warden Davis for an extension of the commitment for the evaluation is granted.

2. The August 15, 2007 Order of Commitment [53] is hereby amended to extend defendant's commitment for evaluation to December 10, 2007 and the written report submitted to the court on or before December 24, 2007.

3. The Clerk shall send a copy of this Order to Warden Blake R. Davis at 9595 West Quincy Avenue, Littleton, Colorado 80123.

Dated this 29th day of November 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge